

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-19-00101-CR

JAMIE REYNOLDS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Hall County, Texas
Trial Court No. 3946, Honorable Stuart Messer, Presiding

November 5, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Jamie Reynolds appeals from a judgment adjudicating her guilt for the second-degree felony of burglary of a habitation and assessing a sixteen-year prison term. The sole issue before us concerns whether the punishment was unconstitutionally excessive. We affirm the judgment.

Objections to punishment as being cruel and unusual or excessive must be preserved for review. *Anderson v. State*, No. 07-17-00421-CR, 2019 Tex. App. LEXIS 2261, at *10 (Tex. App.—Amarillo Mar. 22, 2019, pet. ref'd) (mem. op., not designated for

publication). That is normally done by a defendant complaining of the sentence when pronounced at trial, or if there was no opportunity to object, complaining through a motion for new trial which motion must be presented to the trial court. *Barker v. State*, No. 07-17-00237-CR, 2018 Tex. App. LEXIS 4763, at *2–3 (Tex. App.—Amarillo June 27, 2018, no pet.) (mem. op., not designated for publication). Neither was used to broach the complaint now urged by appellant. Instead, it was first mentioned in her appeal. Consequently, the issue was not preserved for review and is overruled.

Accordingly, we affirm the judgment.

Brian Quinn
Chief Justice